DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 AUGUST 2012

| 225P12 | State v. Michael Lee Ellis, Jr. | 1. Def's NOA Based Upon a Constitutional Question (COA11-1084) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 227P12 | Bonita Cole v. The City of Charlotte | Plt's PDR Under N.C.G.S. § 7A-31 (COA11-1307) | Denied |
| 229P12 | State v. Danita Mitchell | 1. Def's NOA Based Upon a Constitutional Question (COA11-890) | 1. Dismissed *Ex Mero Motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 230P12 | EHP Land Co., Inc. v. Virginia W. Bosher, Christina Bosher Herz, Carolyn Bosher Maloney, Robert M. Bosher, Jr., Jennifer L. Bosher, John P. Dooley, Michael C. Dooley, Sarah E. Herz, Andrew T. Herz, Christina P. Maloney, Virginia M. Maloney, Clifton H.W. Maloney, Phil Upton, Cindy W. Bosher, Individually and in her Capacity as Executrix of the Estate of Robert M. Bosher, Arthur R. Robb, Jr., and Christine Bosher, as Co-Executors of the Estate of Ralph G. Bosher, Deceased, and HPB Enterprises, a North Carolina General Partnership | Defs' (Virginia W. Bosher and Cindy W. Bosher) PDR Under N.C.G.S. § 7A-31 (COA11-1220) | Denied |
| 231P12 | State v. Sherita Nicole McNeil | 1. Def's NOA Based Upon a Constitutional Question (COA11-708) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |